IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                           **PLAINTIFF**

v.                                    No. 3:14-cv-279-DPM

**CITY OF JONESBORO, ARKANSAS**                              **DEFENDANT**

ORDER

Joint stipulation, № 15, noted. The Court will dismiss the complaint with prejudice. The Court will retain jurisdiction for one year to enforce the settlement agreement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2015