IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                              PLAINTIFF

v.                             No. 3:14-cv-279-DPM

CITY OF JONESBORO, ARKANSAS                                DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement agreement until 7 November 2016.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2015